Marcia Fee ACHENBACH and 597 other similarly situated plaintiffs, Plaintiffs–Appellants,

v.

UNITED STATES, Defendant–Appellee.

No. 04–5017.

United States Court of Appeals, Federal Circuit.

Nov. 2, 2004.

Before CLEVENGER, GAJARSA, and PROST, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.